DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY LATERZA,**
Appellant,

v.

**MARK RUBENSTEIN,**
Appellee.

No. 4D18-1140

[November 1, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502016CA001722.

Anthony Laterza, Mayo, pro se.

Reed W. Kellner of Adams Coogler, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***